UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES DOE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-00546-JAR |
| | ) | |
| FORT ZUMWALT R-II SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT MATTHEW HANSEN

This matter is before the clerk of court on Plaintiff's Motion for Entry of Clerk's Default against Defendant MATTHEW HANSEN [Doc. #15] pursuant to Fed. R. Civ. P. 55(a). The record reflects service of summons and the complaint upon Defendant on May 2, 2016 [Doc. #7]. Defendant has failed to file an answer or other responsive pleading within the time required by Fed. R. Civ. P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Clerk's Default against Defendant MATTHEW HANSEN [Doc. # 15] is **GRANTED**, and the default of this defendant is hereby entered.

Dated this 31st day of May, 2016.

_/s/ Gregory J. Linhares_
Gregory J. Linhares
Clerk of the Court