**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:16-CV-546 JAR |
| ) | |
| FORT ZUMWALT R-II SCHOOL ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER AND JUDGMENT OF DEFAULT

This matter is before the Court on Plaintiff's Motion for Default Judgment Against Defendant Matthew M. Hansen. (Doc. No. 14) Plaintiffs filed their complaint on April 22, 2016, and served the complaint and summons on Defendant by special process server on May 2, 2016. Defendant's answer was due no later than May 23, 2016, but Defendant has failed to file an answer or otherwise respond to the complaint. Pursuant to Plaintiffs' request, the Clerk of the Court entered the default of Defendant by Order dated May 31, 2016. Plaintiffs now move for default judgment against Defendant as to liability only. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment Against Defendant Matthew M. Hansen [14] is **GRANTED** as to liability only.

Dated this 31st day of May, 2016.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**