# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:16-CV-546 JAR |
| | ) |
| FORT ZUMWALT R-II SCHOOL DISTRICT, et al., | ) ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Objection and Motion to Quash or Modify Subpoena filed by the Custodian of Records for the St. Charles County Police Department. (Doc. No. 13) The Court finds the parties herein have a legitimate interest in the records sought and will, therefore, grant the motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Quash or Modify Subpoena [13] is **GRANTED** in part.

**IT IS FURTHER ORDERED** that the Custodian of Records for the St. Charles County Police Department shall comply with the subpoena and produce the records as requested subject to an agreed upon protective order.

**IT IS FINALLY ORDERED** that the parties are directed to submit an agreed upon protective order for the Court's approval within ten (10) days of the date of this order, and no later than **Friday, June 10, 2016**.

- 2 -

Dated this 31st day of May, 2016.

- 2 -

Dated this 31st day of May, 2016.

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**